IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DDMG Estate, *et al.*, | ) | Bankruptcy Case No. 12-12568 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| Walt Disney Studios Motion Picture Production, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-07-SLR |
| | ) | |
| DDMG Estate, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## RECOMMENDATION

At Wilmington this 23rd day of April, 2013:

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on February 22, 2013 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, on March 6, 2013, a status teleconference was held to discuss the status of the case and to address any matters relating to mediation prior to the mediation conference;

WHEREAS, as a result of the teleconferences, an in-person mediation conference occurred on April 23, 2013;

WHEREAS, no resolution of this matter occurred and further mediation at this

stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process;

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court. The parties have advised that there will be no objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE