IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| DDMG ESTATE, et al., ) | Bk. No. 12-12568 (BLS) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| WALT DISNEY STUDIOS MOTION ) | |
| PICTURE PRODUCTION, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civ. No. 13-007-SLR |
| ) | |
| DDMG ESTATE, et al., ) | |
| ) | |
| Appellees. ) | |

**ORDER**

At Wilmington this 25th day of April, 2013, having received a recommendation from Magistrate Judge Sherry R. Fallon that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **May 29, 2013.**

2. Appellees' brief in opposition to the appeal is due on or before **July 1, 2013.**

3. Appellants' reply brief is due on or before **July 16, 2013.**

United States District Judge